

RECEIVED
AUG 2 0 2008

UNITED STATES DISTRICT COURT
Aug 20, 2008
MICHAEL W. DOBBINS
NORTHERN DISTRICT OF ILLINOIS CLERK, U.S. DISTRICT COURT
EASTERN DIVISION

08CV4748
JUDGE HOLDERMAN
MAG. JUDGE NOLAN

Plaintiff(s)
LEONARD A. LIGGINS

V.
Village of Phoenix, IL, Village of Phoenix, IL Police Dept, Menards Corp., Fifth Third Bank, Chase, JPMorgan Bank, Foundats Insurance Co., Thornton Township, IL, Thornton Township I. Sup. Frank Zuccavalli, Thornton Township IL Legal Council Stanley Cusper, Judges Edward A. Antonatti, Lovetta Eadie Daniels, William Maddux, Judge Doe

Defendant(s)

## COMPLAINT

(SEE ATTACHED)

## COMPLAINT

And now the Plaintiff Leonard Adrian Liggins comes before the court to make complaint in the following:

Plaintiff Liggins asserts that his Federally Guaranteed Rights to Equal Protection under and Due Process [the Law] have been denied him by the named individuals in this Federal Action. Plaintiff Liggins further asserts that there is enough factual content residing in the pages of the original State Civil Suit that was brought forward in Cook County Illinois Circuit Court and that all Defendants and their attorneys along with the named Circuit Court Judges in this suit that sat in preliminary hearings toward trial did in fact work in implied or actual manners that ultimately culminated in denying Plaintiff Liggins the aforementioned rights. As the dates, times and chronological events leading to those denials are of most relevant merit, the whole or as much of the whole as Plaintiff Liggins can produce, is therefore to be entered and brought before the Bench as evidence for the Judges review at a subsequent filing upon completion of compilation Further, all Defendants named have caused such an immediate economic crisis for Plaintiff Liggins, it is Prayed that the Court consider Summary Judgment and if the Court feels there is insufficient support for same Plaintiff further Prays for Speedy Trial by Jury.

### Relief Sought

Plaintiff Liggins Prays for relief in the following:

1. Immediate release or return of Funds taken or denied by respective Defendants
2. Defendants Judge Edward A. Antonetti, Loretta Eadie-Daniels, Judge Doe (unknown to Plaintiff and not part of Public Record), and Judge William Maddox should be dealt with as the Court deems fit

1

3. Defendants Fifth Third Band and Chase JPMorgan Bank bare the brut of the financial damages remaining, past the funds to be returned as discussed above, as their actions are the most extensive and damaging long term.
4. Defendants Village of Phoenix Illinois and Village of Phoenix Illinois Police Department be compelled to Pay the Hospital Bills they created and Assist Plaintiff in all issues to re-establishing his Credit in good standing on an immediate basis..

The Plaintiff Prays for such relief before the Court and Sets His Hand

_____, on this Day 20th, Month Aug, and Year 2008
Leonard A. Liggins

2