

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **LEONARD ADRIAN LIGGINS**
(Please print)

STREET ADDRESS: **15357-5ᵗʰ Ave**

CITY/STATE/ZIP: **Phoenix, IL. 60426**

PHONE NUMBER: **708 567 6942**

CASE NUMBER:
**08CV4748**
**JUDGE HOLDERMAN**
**MAG. JUDGE NOLAN**

_[signature]_ 08/20/08
Signature / Date

FILED
Aug 20, 2008
AUG 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT